```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SAMEH SHAHADAT,                                            :
                               Plaintiff,                  :
                                                           :
               -against-                                   :      21-CV-6944 (VSB)
                                                           :
DISCOVER FINANCIAL SERVICES INC.,                          :      **ORDER**
EXPERIAN INFORMATION SOLUTIONS,                            :
INC., EQUIFAX INFORMATION                                  :
SERVICES, LLC AND TRANSUNION LLC,                          :
                                                           :
                               Defendants.                 X
-----------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on August 18, 2021, (Doc. 1), and filed an affidavit of service for Defendant Discover Financial Services Inc. on August 25, 2021, (Doc. 15). The deadline for Defendant to respond to Plaintiff's complaint was September 15, 2021. (*See* Doc. 15.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case against Defendant Discover Financial Services Inc. Accordingly, if Plaintiff intends to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 29, 2021. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   October 19, 2021
         New York, New York

*(signature)*
VERNON S. BRODERICK
United States District Judge